AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Talwani, Indira | U.S. District Court, Massachusetts | 07/27/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active Status | ☐ Nomination　Date<br>☐ Initial　☑ Annual　☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

John J. Moakley U.S. Courthouse
One Courthouse Way, Suite 4710
Boston, MA
02110

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Talwani, Indira | 07/27/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Pyle Rome LLP - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Talwani, Indira | 07/27/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Talwani, Indira | 07/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citizens Bank (cash) | A | Interest | K | T | | | | | |
| 2. Charles Schwab (cash) | A | Interest | K | T | | | | | |
| 3. IRA #1 (H) | | | | | | | | | |
| 4. Edward Jones (cash account) (Y) | | | | | | | | | |
| 5. American Funds Dev. World Growth Fund | A | Dividend | J | T | Buy | 03/31/17 | J | | |
| 6. American Funds Ptf Growth Fund | A | Dividend | K | T | Buy | 01/09/17 | K | | |
| 7. American Funds High Income Trust Fund | A | Dividend | J | T | Buy | 03/31/17 | J | | |
| 8. American Funds Fundamental Investors Fund | A | Dividend | J | T | Buy | 03/31/17 | J | | |
| 9. American Funds Income Fund of America | A | Dividend | J | T | Buy | 03/31/17 | J | | |
| 10. American Funds Inter Bond Fund of America | A | Dividend | J | T | Buy | 03/31/17 | J | | |
| 11. American Funds Investment Company of America Fund | A | Dividend | J | T | | | | | |
| 12. American Funds SMALLCAP World Fund | A | Dividend | J | T | Buy | 03/31/17 | J | | |
| 13. IRA #2 (H) | | | | | | | | | |
| 14. American Funds Fundamental Investors Fund | | None | | | Sold | 01/05/17 | L | | |
| 15. American Funds Growth Fund of America | | None | | | Sold | 01/05/17 | L | | |
| 16. American Funds Capital World Growth & Income Fund | | None | | | Sold | 01/05/17 | L | | |
| 17. Vanguard Equity | | None | | | Sold | 01/05/17 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Talwani, Indira | 07/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Trust #1 (H) | | | | | | | | | |
| 19. Rental property #1, South Orleans, Massachusetts | E | Rent | P2 | W | | | | | |
| 20. Federated Govor Obl TX Mgd-I (cash) | A | Interest | J | T | Sold (part) | 12/15/17 | M | | |
| 21. Massachusetts State General Obligations 12/28/2011 | C | Interest | M | T | | | | | |
| 22. Federal Farm Credit Bank Bond | E | Interest | O | T | | | | | |
| 23. Federated Ultrashort Fund (FMUSX) | B | Int./Div. | M | T | Buy | 12/15/17 | M | | |
| 24. Federate Short-Term Municipal Trust (FSHIX) | C | Int./Div. | M | T | Sold (part) | 04/11/17 | J | | |
| 25. | | | | | Sold (part) | 05/02/17 | J | | |
| 26. Loomis Sayles Senior (LSFYX) | D | Int./Div. | M | T | | | | | |
| 27. Amazon.Com Inc (AMZN) | | None | K | T | | | | | |
| 28. Jd. Com. Inc. CL A Spons ADR (JD) | | None | K | T | Buy | 10/31/17 | K | | |
| 29. Lowes Cos Inc (LOW) | A | Dividend | K | T | | | | | |
| 30. McDonald Corp. (MCD) | B | Dividend | K | T | Sold (part) | 10/31/17 | K | D | |
| 31. Starbucks Corp (SBUX) | A | Dividend | K | T | Buy | 01/31/17 | K | | |
| 32. | | | | | Buy (add'l) | 06/02/17 | J | | |
| 33. Nielsen Holdings PLC (NLSN) | A | Dividend | | | Sold | 06/02/17 | J | | |
| 34. TJX Cos Inc (TJX) | A | Dividend | | | Sold | 08/08/17 | L | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Talwani, Indira | 07/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Anheuser-Busch (BUD) | B | Dividend | K | T | | | | | |
| 36. CVS Health Corp (CVS) | A | Dividend | | | Sold | 01/31/17 | K | | |
| 37. Nestle SA (NSRGY) | B | Dividend | K | T | | | | | |
| 38. Pepsico Inc. (PEP) | B | Dividend | K | T | Sold (part) | 05/25/17 | J | A | |
| 39. | | | | | Sold (part) | 10/31/17 | K | C | |
| 40. Procter & Gamble Co (PG) | B | Dividend | K | T | | | | | |
| 41. EOG RES Inc (EOG) | A | Dividend | K | T | Buy | 02/10/17 | K | | |
| 42. ExxonMobil Corp. (XOM) | B | Dividend | | | Sold | 02/10/17 | K | D | |
| 43. Pioneer Natural Resources Co (PXD) | A | Dividend | K | T | Buy | 02/10/17 | K | | |
| 44. Royal Dutch Shell PLC SPONS ADR (RDS/B) | C | Dividend | L | T | | | | | |
| 45. Schlumberger LTD (SLB) | A | Dividend | K | T | Buy | 02/10/17 | K | | |
| 46. Bank of America (BAC) | A | Dividend | L | T | Buy | 08/08/17 | L | | |
| 47. JP Morgan Chase & Co. (JPM) | B | Dividend | L | T | Buy | 07/10/17 | K | | |
| 48. | | | | | Buy (add'l) | 08/08/17 | J | | |
| 49. PNC Financial Services Group (PNC) | B | Dividend | L | T | | | | | |
| 50. US Bancorp New (USB) | B | Dividend | L | T | | | | | |
| 51. AbbVie Inc. (ABBV) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Talwani, Indira | 07/27/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Johnson & Johnson (JNJ) | B | Dividend | L | T | Sold (part) | 05/25/17 | J | A | |
| 53. Medtronic PLC (MDT) | B | Dividend | L | T | | | | | |
| 54. Merck & Co. Inc. (MRK) | B | Dividend | L | T | | | | | |
| 55. Pfizer Inc. (PFE) | C | Dividend | L | T | | | | | |
| 56. Zoetis Inc. (ZTS) | A | Dividend | L | T | Sold (part) | 07/05/17 | K | D | |
| 57. Emerson Elec. Co. (EMR) | A | Dividend | K | T | Buy | 12/14/17 | K | | |
| 58. General Electric Corp. (GE) | B | Dividend | | | Sold | 12/14/17 | K | | |
| 59. Hexcel Corp. (HXL) | A | Dividend | L | T | | | | | |
| 60. Honeywell International Inc (HON) | A | Dividend | L | T | | | | | |
| 61. Interpublic Group of Companies Inc (IPG) | A | Dividend | | | Sold | 08/08/17 | K | | |
| 62. Union Pac Corp. (UNP) | A | Dividend | K | T | | | | | |
| 63. United Parcel Service (UPS) | B | Dividend | | | Sold | 02/10/17 | K | | |
| 64. Adobe Sys Inc. (ADBE) | | None | L | T | Sold (part) | 05/25/17 | J | A | |
| 65. | | | | | Sold (part) | 07/05/17 | K | D | |
| 66. | | | | | Sold (part) | 11/17/17 | K | D | |
| 67. Alphabet Inc CL A (GOOGL) | | None | L | T | Sold (part) | 11/17/17 | J | C | |
| 68. Apple Inc. (AAPL) | A | Dividend | K | T | Sold (part) | 10/31/17 | L | E | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Talwani, Indira | 07/27/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Check Point Software Tech (CHKP) | | None | K | T | Sold (part) | 05/25/17 | J | A | |
| 70. Cisco Systems Inc (CSCO) | B | Dividend | L | T | | | | | |
| 71. Facebook Inc-A (FB) | | None | L | T | | | | | |
| 72. Intel Corp (INTC) | B | Dividend | K | T | Buy | 10/31/17 | K | | |
| 73. Microsoft Corp. (MSFT) | B | Dividend | L | T | Sold (part) | 11/17/17 | K | D | |
| 74. Palo Alto Networks Inc (PANW) | | None | K | T | | | | | |
| 75. Salesforce.com (CRM) | | None | L | T | Sold (part) | 11/17/17 | J | B | |
| 76. Visa (V) | A | Dividend | L | T | Sold (part) | 05/25/17 | J | A | |
| 77. | | | | | Sold (part) | 11/17/17 | K | C | |
| 78. Praxair Inc. (PX) | B | Dividend | L | T | | | | | |
| 79. Verizon Communications (VZ) | B | Dividend | K | T | | | | | |
| 80. NextEra Energy Inc. (NEE) | B | Dividend | L | T | | | | | |
| 81. WEC Energy Group Inc (WEC) | B | Dividend | K | T | | | | | |
| 82. iShares Core S&P Small-Cap ETF (IJR) | A | Dividend | L | T | Buy | 11/17/17 | L | | |
| 83. iShares MSCI Europe Financials (EUFN) | A | Dividend | K | T | Buy | 10/31/17 | K | | |
| 84. iShares Nasdaq Biotech ETF (IBB) | A | Dividend | K | T | | | | | |
| 85. Trust #2 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Talwani, Indira | 07/27/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Citizens Bank (cash) (X) | A | Interest | L | T | | | | | |
| 87. Rental property #2, Cotuit, Massachusetts | | None | P1 | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 3-17:  New headers are for organizational purposes only and do not reflect changes in holdings or reportable transactions.

Part VII, lines 18-84:  My husband and our children are beneficiaries of Trust #1.  It was neither established nor funded by my husband, our children or me, and we have no control over the assets or income of the trust.  My household's beneficiary interest in the assets of the trust is 5.5% of the value indicated in Column C.

Part VII, lines 85-87: My husband is a beneficiary and trustee of Trust #2.  My husband's beneficiary interest is 20% of the value indicated in Column C.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Indira Talwani**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544